[No. 24609-1-II.   Division Two.   August 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS A. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00405-3, James B. Sawyer II, J., entered April 15, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 24567-1-II.   Division Two.   August 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THA BUN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00182-8, Thomas P. Larkin, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 24491-8-II.   Division Two.   August 25, 2000.]   .

VERONICA WILLIAMS-BATCHELDER, *Appellant*, v. LYLE QUASIM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00618-5, Richard D. Hicks, J., entered March 1, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 103 Wn. App. 8.

[No. 24338-5-II.   Division Two.   August 25, 2000.]

KEITH PATRICK REID, *Respondent*, v. MARLEI DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-3-00350-3, Gordon Godfrey, J., entered January 6, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J.